ALEXANDER PSAKI, Respondent, v. EUGENE SIGG and HERMAN SIGG, Doing Business as Copartners under the Firm Name and Style of SIGG ET CIE, Appellants.— Order reversed upon the law and the facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. In view of the expenses incurred and to be incurred by defendants, they were entitled to be secured by the additional undertaking applied for. (See *Ives* v. *Ellis*, 35 Misc. 333; affd., 67 App. Div. 619; *Balinsky* v. *Gross*, 72 Misc. 7.) Lazansky, P. J., Young, Seeger, Carswell and Scudder, JJ., concur.

LILY A. RIEGEL, Appellant, v. GEORGE E. RIEGEL, Respondent.— Order denying plaintiff's motion for summary judgment affirmed, without costs. No opinion. Lazansky, P. J., Young, Seeger, Carswell and Scudder, JJ., concur.

THOMAS ROULSTON, INC., Appellant, v. WILLIAM A. JAMISON and CHRISTINA ARBUCKLE, Individually and as Copartners, etc., Respondents.— Judgment reversed upon the law and the facts, with costs, and judgment directed in favor of plaintiff for $3,459.64, with interest from May 29, 1925, with costs. We are of opinion that in permitting the delivery of the coffee in question without the receipt of the written order therefor (plaintiff's Exhibit 1) defendants became liable as matter of law. In view of this decision, the appeal from the order denying plaintiff's motion for a new trial is dismissed. Lazansky, P. J., Rich, Young, Carswell and Scudder, JJ., concur.

JOHN SCZENY, Appellant, v. JOSEPHINE SCZENY, Respondent.— Order granting motion for counsel fee and alimony *pendente lite* affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ., concur.